Opinion issued August 2, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00048-CV

———————————

**GEORGE FERNANDEZ, Appellant**

**V.**

**ARULAS, INC. FORMERLY KNOWN AS HOUSTON SHIP REPAIR, INC., Appellee**

---

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1087993

---

## MEMORANDUM OPINION

Appellant, George Fernandez, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Appellee

subsequently filed a motion to dismiss for want of prosecution. More than ten days have elapsed since the filing of the motion and appellant has not responded. *See* TEX. R. APP. P. 10.3(a). Accordingly, we grant the motion and dismiss the appeal for want of prosecution. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.